DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GWENDOLYN M. GAMBLE (CA State Bar No. 143267)
Assistant United States Attorney

    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6684
    Fax: (213) 894-7819

Attorney for Defendants
COL. ROBERT M. WORLEY, II, Base
Commander of Vandenberg Air Force Base
and UNITED STATES AIR FORCE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VANDENBERG ACTION COALITION, et al. | No. CV 01-10526 RSWL (RCx) |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS'** |
| v. | **MOTION FOR SUMMARY JUDGMENT** |
| COL. ROBERT M. WORLEY, et al. | ~~[PROPOSED]~~ |
| Defendants. | Honorable Ronald S.W. Lew |

    Defendants' Motion for Summary Judgment came on regularly for hearing before this Court on February 10, 2003. After considering all

papers filed in favor of and in opposition to the Motion, the Court hereby GRANTS Defendants' Motion.

**IT IS SO ORDERED.**

DATED: March 12, 2003

RONALD S W LEW

---
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
GWENDOLYN M. GAMBLE
Assistant United States Attorney
Attorney for Defendants

1

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On March 5, 2003 I served the foregoing: **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [PROPOSED]**, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: March 5, 2003. Place of mailing: LOS ANGELES, CALIFORNIA.

**Person(s) and/or Entity(ies) to Whom mailed:**

    Richard C. Solomon
    Zimmer & Marcus, LLP
    2640 Las Encinas Lane
    Santa Barbara, CA 93105-2923

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 5, 2003 at Los Angeles, California.

_____
MARICELA CORTEZ