1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GWENDOLYN M. GAMBLE (State Bar No. 143267)
4  Assistant United States Attorney

5      Room 7516, Federal Building
       300 North Los Angeles Street
6      Los Angeles, California 90012
       Telephone:  (213) 894-6684
7      Fax:        (213) 894-7819

8  Attorney for Defendants
   COL. ROBERT M. WORLEY, II, Base
9  Commander of Vandenberg Air Force Base
   and UNITED STATES AIR FORCE

10

11              UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                    WESTERN DIVISION

14

| | |
|---|---|
| 15  VANDENBERG ACTION COALITION, et al. | No. CV 01-10526 RSWL (RCx) |
| 16          Plaintiffs, | **JUDGMENT** |
| 17              v. | [~~PROPOSED~~] |
| 18  COL. ROBERT M. WORLEY, et al. | **Hearing Date: February 10, 2003** |
| 19          Defendants. | **Time: 9:00 a.m.** |
| 20 | Pretrial Conf: February 17, 2003 |
| 21 | Trial: March 18, 2003 |
| 22 | Honorable Ronald S.W. Lew |

23

24

25

26     Defendants' Motion for Summary Judgment having come on for

27  hearing, and the Court having considered the pleadings, evidence

28  presented, and the memorandum of points and authorities, and in

accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be granted and judgment is hereby entered for defendants.

DATED: March 12, 2003

*RONALD S W LEW*

---
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

---
GWENDOLYN M. GAMBLE
Assistant United States Attorney
Attorneys for Defendants

<u>PROOF OF SERVICE BY MAILING</u>

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On <u>December 31, 2002</u> I served the foregoing: **JUDGMENT,** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: <u>December 31, 2002</u>. Place of mailing: <u>LOS ANGELES, CALIFORNIA</u>.

**Person(s) and/or Entity(ies) to Whom mailed:**

    Richard C. Solomon
    Zimmer & Marcus, LLP
    2640 Las Encinas Lane
    Santa Barbara, CA 93105-2923

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>December 31, 2002</u> at Los Angeles, California.

MARICELA CORTEZ